[No. 66754-8-I.   Division One.   October 22, 2012.]

ROBERT BRANTING ET AL., *Appellants*, v. POULSBO RV, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-01800-8, Jay V. White, J., entered January 28, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, J., and Ellington, J. Pro Tem.

[No. 66954-1-I.   Division One.   October 22, 2012.]

*In the Matter of the Estate of* MICHAEL J. FITZGERALD.

MARIA LUISA DE LA VEGA FITZGERALD, *as Personal Representative, Respondent*, v. MOUNTAIN-WEST RESOURCES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-4-04947-2, Carlos Y. Velategui, J. Pro Tem., entered April 18, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ. Now published at 172 Wn. App. 437.

[No. 67535-4-I.   Division One.   October 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ALLEN WYCOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09612-1, Jay V. White, J., entered August 12, 2011. *Remanded* by unpublished per curiam opinion.

[Nos. 67607-5-I; 67700-4-I.   Division One.   October 22, 2012.]

DAVID CAPOBIANCO ET AL., *Respondents*, v. VULCAN, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-09609-4, Laura C. Inveen, J., entered August 3, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.